# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } No. CR-05-113-LKK-4 |
| Plaintiff, | } |
| | } **ORDER RE: MOTION TO APPEAR** |
| vs. | } **PRO HAC VICE AND FOR** |
| | } **SUBSTITUTION OF COUNSEL** |
| EDUARDO PRICE CURIEL, | } |
| | } |
| Defendant. | } |

Before the Court for resolution is Defendant's Motion for Order Allowing a Nonresident Counsel to Appear Pro Hac Vice and substitute as his attorney of record. The court having considered the submissions of the defendant, and the court file in the instant action, hereby orders:

George Paul Trejo, Jr.'s Motion to Appear Pro Hac Vice is **Granted**

George Paul Trejo, Jr. Motion to Substitute as the attorney of record for the above named defendant is **Granted**

IT IS SO ORDERED.

The clerk is directed to file this Order and forward copies to counsel in the above captioned case.

DATED this 15th , day of September, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Presented by:

| | |
|---|---|
| **Law Offices of Federico Castelan Sayre** | **THE TREJO LAW FIRM** |
| S/Federico Castelan Sayre | S/George Paul Trejo, Jr. |

ORDER RE; MOTION TO APPEAR
PRO HAC VICE AND FOR
SUBSTITUTION OF COUNSEL                - 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777

| | |
|---|---|
| Federico Castelan Sayre | GEORGE PAUL TREJO, JR. |
| Local Counsel for | Retained Attorney for |
| Mr. Price Curiel | Mr. Alvarez Hernandez |

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Mary L. Grad, AUSA | Michael Bradley Bigelow |
| Mary.Grad@usdoj.gov | mbigelow6401@sbcglobal.net |

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

DATED this 11th day of September, 2006, in Yakima, Washington.

>                THE TREJO LAW FIRM
>                S/George Paul Trejo, Jr.
>                GEORGE PAUL TREJO, JR.

ORDER RE; MOTION TO APPEAR
PRO HAC VICE AND FOR
SUBSTITUTION OF COUNSEL    -2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777