```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  ) CR. No. S-05-113 LKK
                               )
12              Plaintiff,     ) Order Continuing Matter for Further
                               ) Status Conference
13          v.                 )
                               )
14  TERESA ISORDIA,            )
    EDUARDO CURIEL,            )
15                             )
              Defendants.      )
16                             )
                               )
17  _____
18
19       This matter came before the court for status conference on
20  September 26, 2006.  The United States was represented by
21  Assistant United States Attorney Robert M. Twiss.  Defendants
22  Eduardo Curiel and Teresa Isordia were represented by George
23  Trejo, Jr. and Dina Santos, respectively.
24       This matter was continued for further status hearing on
25  Wednesday, October 11, 2006.  The jury trial date of October 31,
26  2006 is VACATED.  Time is excluded to and including October 11,
27  2006 pursuant due to complexity and needs of counsel to prepare,
28  Title 18, United States Code, Sections 3161(h)(8)(B)(ii) and
```

1  (iv), Local Codes T2/T4.  I find that the needs of counsel to
2  prepare outweigh the public interest in a trial within 70 days,
3  and that the interests of justice require a further exclusion of
4  time.
5  Dated: October 10, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT