McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-113 LKK |
| ) | |
| Plaintiff, ) | Order Continuing Matter for Further |
| ) | Status Conference |
| v. ) | |
| ) | |
| TERESA ISORDIA, ) | |
| EDUARDO CURIEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter came before the court for status conference on September 26, 2006. The United States was represented by Assistant United States Attorney Robert M. Twiss. Defendants Eduardo Curiel and Teresa Isordia were represented by George Trejo, Jr. and Dina Santos, respectively.

This matter was continued for further status hearing on Wednesday, October 11, 2006. The jury trial date of October 31, 2006 is VACATED. Time is excluded to and including October 11, 2006 pursuant due to complexity and needs of counsel to prepare, Title 18, United States Code, Sections 3161(h)(8)(B)(ii) and

(iv), Local Codes T2/T4.  I find that the needs of counsel to prepare outweigh the public interest in a trial within 70 days, and that the interests of justice require a further exclusion of time.

Dated: October 10, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT