George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Eduardo Price Curiel

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-05-113-LLK-4 |
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE** |
| EDUARDO PRICE CURIEL, | ) |
| | ) DATE: January 23, 2007 |
| | ) Time: 9:30 a.m. |
| | ) Hon. Lawrence K. Karlton |
| Defendant. | ) |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Robert M. Twiss, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Eduardo Price Curiel, that the hearing on Judgment and Sentence currently set for January 9, 2007, be vacated and reset for January 23, 2007 at 9:30 a.m.

Dated this <u>4th</u> day of January, 2007.

McGregor W. Scott
United States Attorney

 s/Robert M. Twiss
ROBERT M. TWISS
Assistant United States Attorney

THE TREJO LAW FIRM

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE     - 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

        s/George Paul Trejo, Jr
GEORGE PAUL TREJO, JR.
Counsel for Eduardo Price Curiel

IT IS SO ORDERED.

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED:

1. The stipulation for a continuance of Sentencing is GRANTED/DENIED. The Sentencing presently set for January 9, 2007 is hereby continued to January 23, 2007 at 9:30 a.m.

DATED this <u>4th</u> day of January, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: CONTINUANCE OF
HEARING ON JUDGMENT AND SENTENCE       - 2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and the Government.  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

                    THE TREJO LAW FIRM
                    <u>S/George Paul Trejo, Jr.</u>
                    George Paul Trejo, Jr.
                    Attorney at Law

STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE — -3-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM